330 A.2d 843
COMMONWEALTH of Pennsylvania
v.
Wilmer B. GAY, Appellant.

Supreme Court of Pennsylvania.
Argued Nov. 26, 1974.
Decided Jan. 27, 1975.

Harold L. Randolph, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Mark Sendrow, Douglas B. Richardson, Asst. Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty., for Law, Philadelphia, for appellee.

Before JONES, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

PER CURIAM.
Judgment of sentence affirmed.

EAGEN, J., did not participate in the consideration or decision of this case.